UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE MANUEL GAMBOA JR., <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT ATTORNEY ADVASARY SYSTEM, RIVERSIDE COUNTY, <br><br> Defendant. | Case No. 23-cv-02801-JD <br><br> **ORDER RE DISMISSAL** |

Plaintiff, a detainee acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 2, 2023

JAMES DONATO
United States District Judge